**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MITCHELL PATRICK MIKE,

Plaintiff,

v. No. 1:26-cv-03089-JHR

LOVELACE WOMEN'S HOSPITAL,

Defendant.

**SECOND ORDER TO CURE DEFICIENCY**

*Pro se* Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs but did not sign the Affidavit on page 1 of the Application. *See* Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed September 16, 2026 ("Application").

The Court notified Plaintiff the Court must strike the Application if Plaintiff does not promptly sign the Application and ordered Plaintiff to sign the Application within 21 days. *See* Order to Cure Deficiency, Doc. 5, filed September 17, 2026. Plaintiff did not sign the Application by the September 8, 2026, deadline. The Court, therefore, strikes Plaintiff's Application. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record ... or by a party personally if the party is unrepresented ... The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention").

Federal law requires that the Clerk of Court "require the parties instituting any civil action, suit or proceeding in such court ... to pay a filing fee of $350 ... [and] such additional fees only as

are prescribed by the Judicial Conference of the United States." 28 U.S.C. §§ 1914(a, b).[1] The Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).

Plaintiff has not paid the $405.00 fee or filed a signed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). The Court orders Plaintiff to *either* pay the fee *or* file a signed Application to Proceed in District Court Without Prepaying Fees or Costs, (Long Form) within 21 days of entry of this Order.

**IT IS ORDERED** that:

(i) The Clerk of Court shall **STRIKE** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed September 16, 2026.

(ii) Plaintiff shall, within 21 days of entry of this Order, *either* pay the $405.00 fee *or* file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Failure to timely pay the $405.00 fee or file a signed Long Form Application, *and* follow all instructions in the Long Form Application, may result in dismissal of this case.

**UNITED STATES MAGISTRATE JUDGE**

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $55.00 administrative fee.