**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MITCHELL PATRICK MIKE,

Plaintiff,

v. No. 1:26-cv-03089-JHR

LOVELACE WOMEN'S HOSPITAL,

Defendant.

**SECOND ORDER REGARDING SERVICE**

*Pro se* Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 which provides that the "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). The Court notified Plaintiff the Court cannot order service because the Complaint does not indicate Defendant's address for service and ordered Plaintiff to file a notice that provides Defendant's address for service. *See* Order Regarding Service, Doc. 8, filed October 26, 2026 (notifying Plaintiff that failure to timely provide the address for Defendant may result in dismissal of claims against Defendant). Plaintiff did not file a notice providing the service address for Defendant or otherwise respond to the Order Regarding Service by the November 16, 2026, deadline.

**IT IS ORDERED** that Plaintiff shall, within 14 days of entry of this Order, file a notice that provides the service address for Defendant. Failure to timely provide the address for Defendant may result in dismissal of this case.

**UNITED STATES MAGISTRATE JUDGE**